AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |
| Candy Celeste Zuniga Cardona | ) USDC Case Number:  CR-23-00252-001 CRB |
| | ) BOP Case Number:  DCAN323CR00252-001 |
| | ) USM Number:  71498-510 |
| | ) Defendant's Attorney:  Karthik Raju (AFPD) |

## THE DEFENDANT:

☑ admitted to Charge(s): <u>One, Two, and Three</u> of the Petition for Warrant filed on <u>April 3, 2026</u>.

☐ was found in violation of Charge(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Shall not commit another federal, state, or local crime | October 1, 2025 |
| Two | Shall not reenter the United States | October 1, 2025 |
| Three | Shall not enter the Tenderloin | October 1, 2025 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charge <u>Four</u> is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  <u>N/A</u>

Defendant's Year of Birth:  <u>2005</u>

City and State of Defendant's Residence:
<u>Unknown</u>

7/1/2026
Date of Imposition of Judgment

Signature of Judge
The Honorable Charles R. Breyer
Senior United States District Judge
Name & Title of Judge

7/7/2026
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT: Candy Celeste Zuniga Cardona                                       Judgment - Page 2 of 2
CASE NUMBER:  CR-23-00252-001 CRB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
　　　Nine months to be served concurrent with the sentence imposed in 26-CR-00144-CRB. No supervised release to follow.

☐　　The Court makes the following recommendations to the Bureau of Prisons:

☐　　The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
　　　Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in
　　　the Clerk's Office.

☐　　The defendant shall surrender to the United States Marshal for this district:

　　　☐　　at _____ ☐ am ☐ pm　on _____ (no later than 2:00 pm).

　　　☐　　as notified by the United States Marshal.

　　　The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
　　　returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　　☐　　at _____ ☐ am ☐ pm　on _____ (no later than 2:00 pm).

　　　☐　　as notified by the United States Marshal.

　　　☐　　as notified by the Probation or Pretrial Services Office.

　　　The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
　　　returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL